THE PEOPLE ex rel. THE ST. NICHOLAS AVENUE AND CROSS-TOWN RAILROAD COMPANY, Appellant, *v.* HUGH J. GRANT, as Mayor, etc., Respondent.

(Argued June 5, 1893; decided June 20, 1893.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made December 16, 1892, which affirmed an order of Special Term denying a motion for a peremptory mandamus.

*C. W. West* for appellant.

*Charles Blandy* for respondent.

Agree to affirm on opinion below.

All concur.

Order affirmed.